```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MICHIGAN
                    SOUTHERN DIVISION
```

MICHAEL MITCHELL,

    Plaintiff(s),

v

                                               Case No. 05-70936

DAIMLERCHRYSLER CORP.

                                           HONORABLE ARTHUR J. TARNOW
    Defendant(s).                UNITED STATES DISTRICT JUDGE

_____/

## ORDER OF DISMISSAL

At a session of said Court, held in the U.S. Courthouse and Federal Building, at Detroit, Michigan, on

_____
       September 12, 2006

PRESENT:  HONORABLE ARTHUR J. TARNOW
               UNITED STATES DISTRICT JUDGE

The Court having been advised by counsel for the parties that the above-entitled action has been settled, based upon stipulation of Dismissal filed on June 20, 2006; therefore,

**IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** without costs and without prejudice.

                                s/Arthur J. Tarnow
                                Arthur J. Tarnow
                                United States District Judge

Dated:  September 12, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 12, 2006, by electronic and/or ordinary mail.

                         s/Theresa E. Taylor
                         Case Manager